UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOAO ELIAS COSTA JACOB,<br><br>                          Plaintiff,<br><br>           -against-<br><br>HARLEM HOSPITAL CENTER; NEW YORK CITY HEALTH AND HOSPITALS CORP.; JOHN DOE DENTIST/ORAL SURGEON,<br><br>                          Defendants. | 24CV3861 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the August 6, 2024, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   August 6, 2024
         New York, New York

                                                         /s/ Laura Taylor Swain
                                                         LAURA TAYLOR SWAIN
                                                         Chief United States District Judge